

**MEMORANDUM OPINION**

No. 04-07-00611-CV

**IN THE INTEREST OF S.R.**, L.L. and S.R., Children

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2006-PA-01649
Honorable Andy Mireles, Judge Presiding

PER CURIAM

Sitting:       Alma L. López, Chief Justice
              Rebecca Simmons, Justice
              Steven C. Hilbig, Justice

Delivered and Filed:   June 18, 2008

DISMISSED FOR WANT OF PROSECUTION

On May 1, 2008, this court ordered appellant to show cause in writing by May 12, 2008, why this appeal should not be dismissed for want of prosecution. Appellant did not respond. The appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3. It is ordered that no costs shall be assessed against appellant in relation to this appeal because she qualifies as an indigent under TEX. R. APP. P. 20.

PER CURIAM